**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (BROOKLYN)**

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 MAR 21  P 3: 42

RECEIVED

**IN RE: BHARATI PATEL**          **RETURN DATE: tbd**
         **debtor**

**CASE NO. 17-40660-NHL**
**CHAPTER 7**
**Judge Nancy Hershey Lord**

**CREDITORS APPLICATION TO DISMISS OR WITHDRAW**

The Creditor, SAM OKNIN, appearing pro se (hereinafter referred to as "CREDITOR"), hereby respectfully submits this application for an Order withdrawing or dismissing this Petition, and in support of this request DECLARES the following:

1. I am the individual creditor who filed this petition on 2/15/17 (Dkt # 1).

2. I never formally served this Petition for the reasons set forth below.

3. I have spoken with the Creditor, after I filed this Petition, but before I served it, and we agreed that the debtor debt to be fixed at $ 12,000., and for repayment terms.

4. Since there was no longer any dispute, I did not the petition or file any proof of service.

5. Additionally, since this debt is now agreed to at $12,000., it is below the limits for this court.

6. No answer has been filed in this matter.

7. No "341" meeting has been scheduled or held.

8. This Petition was filed in good faith to protect my rights and

      collect this debt.

12. However, at this time there is no reason to proceed since the debt is agreed to and repayment will be made.

13. I apologize for any inconvenience on the court.

14. I therefore respectfully request that this proceeding be dismissed or I be allowed to withdraw it.

WHERFORE, it is respectfully prayed that this Petition be allowed to be withdrawn or be dismissed.

Dated: Brooklyn, New York
      March 17, 2017

 

                                                *[signature]*
                                                SAM OKNIN
                                                CREDITOR-PRO SE